# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

————————————

### No. 201800153

————————————

### UNITED STATES OF AMERICA
*Appellee*

v.

### Ahmed A. MEGEED
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Hayes C. Larsen, JAGC, USN.

For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 31 October 2018

————————————

Before HUTCHISON, LAWRENCE, and ELLINGTON,
*Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order shall reflect that the government withdrew Specifications 7 and 11 of Charge III and dismissed them without prejudice, to ripen into prejudice upon completion of appellate review; thus the appellant was not found Not Guilty of those specifications. Record at 109.

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court